Honorable Robert Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK PETERSON,<br><br>　　　　　　　　　　Defendant. | No. CR 15-296RSL<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

Based on the stipulated motion of the parties, the court makes the following findings of fact and conclusions of law:

1.　All of the facts in the underlying motion shall be incorporated by reference in this order;

2.　The defense requires additional time for effective preparation, including exploration of all relevant issues and defenses applicable to the case, taking into account the exercise of due diligence;

3.　Mr. Peterson wants more time to review and evaluate his case;

ORDER GRANTING STIPULATED
MOTION TO CONTINUE PRETRIAL
DEADLINE - 1
Case No. CR 15-296RSL

4. Failure to grant a continuance in the proceeding would result in a miscarriage of justice; and

5. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in any speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

NOW, THEREFORE,

IT IS HEREBY ORDERED that trial will be continued to January 25, 2016, and Pretrial motions are now due December 25, 2015.

It is further ORDERED that this period of delay from the date of this order through January 25, 2016, will be excludable time under the Speedy Trial Act under Title 18 U.S.C. § 3161(h)(7)(A).

DONE this 26th day of October, 2015.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE PRETRIAL
DEADLINE - 2
Case No. CR 15-296RSL