UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK A. PETERSON,<br><br>　　　　　Defendant. | Case No. CR15-296<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

　　　This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 54). Having reviewed the submissions of the parties and the remainder of the record, the Court finds as follows:

　　　On May 20, 2016, defendant was found guilty of being a felon in possession of a firearm in violation of 18 U.S.C. § 924(a)(2), possession of controlled substances with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and possession of a firearm in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c). Dkt. # 44. This Court sentenced defendant to 66 months of imprisonment and five years of supervised release. Id. Defendant's term of supervised release began on December 18, 2020, and is set to expire on December 17, 2025.

　　　Defendant moves the Court to terminate his term of supervised release. See Dkt. # 54. Neither the government nor probation oppose his request. See Dkt. # 55.

　　　The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 1

expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and concludes that termination of defendant's term of supervised release is appropriate. Defendant has had no violations in his nearly two years of supervised release, has obtained steady employment, and has established a stable living environment with his extended family. Termination of defendant's term of supervised release is therefore warranted by defendant's conduct and the interest of justice.  See 18 U.S.C. § 3583(e)(1).

For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's motion for early termination of supervised release (Dkt. # 54) is GRANTED.

DATED this 16th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 2